**Order filed June 9, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00013-CV

_____

### JAMES BOSWELL, Appellant

### V.

### ECTOR COUNTY INDEPENDENT SCHOOL DISTRICT; ECISD SCHOOL BOARD TRUSTEES; MIKE ATKINS; TRYON LEWIS; MURRAY A. CRUTCHER, III; AND ATKINS, HOLLMANN, JONES, PEACOCK, LEWIS & LYON, Appellees

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. A-133,485**

### O R D E R

We have reviewed the "Affidavit by James Boswell" filed in this cause on April 25, 2016. Among other things requested by Boswell in his affidavit, Boswell asked that we file the document as a request for the recusal of Justice John Bailey. Pursuant to Rule 16.3(b) of the Texas Rules of Appellate Procedure, Justice Bailey

has considered the motion in chambers. Justice Bailey has found no reason to recuse himself and, pursuant to Rule 16.3(b), has certified the issue to the entire court for a determination by the other justices of this court.[1] *See* TEX. R. APP. P. 16.3(b). Chief Justice Jim R. Wright and Justice Mike Willson have decided the matter without Justice Bailey's participation.

The recusal of appellate judges is controlled by Rule 16 of the Texas Rules of Appellate Procedure. The grounds for recusal of an appellate court justice are provided in the Texas Rules of Civil Procedure. TEX. R. APP. P. 16.2; *see* TEX. R. CIV. P. 18b. We find no reason for Justice Bailey to recuse himself and hold that none of the grounds set out in Rule 18b are applicable to Justice Bailey in this case. *See* TEX. R. CIV. P. 18b; *see also Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

Boswell's request for the recusal of Justice John Bailey is denied.


PER CURIAM


June 9, 2016

Panel consists of: Wright, C.J.,
and Willson, J.

Bailey, J., not participating.

---

[1]A copy of Justice Bailey's written certification is attached to this order.



## In The

# Eleventh Court of Appeals

_____

### No. 11-15-00013-CV

_____

### JAMES BOSWELL, Appellant

### V.

### ECTOR COUNTY INDEPENDENT SCHOOL DISTRICT; ECISD SCHOOL BOARD TRUSTEES; MIKE ATKINS; TRYON LEWIS; MURRAY A. CRUTCHER, III; AND ATKINS, HOLLMANN, JONES, PEACOCK, LEWIS & LYON, Appellees

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. A-133,485**

### C E R T I F I C A T I O N

I have reviewed the "Affidavit by James Boswell" filed in this cause on April 25, 2016. To the extent the document seeks my recusal, I have reviewed the document in chambers. *See* TEX. R. APP. P. 16.3(b). I find no reason to recuse myself and, under Rule 16.3(b), certify the issue of my recusal to the entire court for

a determination by the other justices of this court. *See Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).


JOHN M. BAILEY

JUSTICE